UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, Plaintiff, v. MUA LAM, et al., Defendants. | Case No. 18-cv-04593-HSG **JUDGMENT** |

For the reasons set forth in Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment filed on April 10, 2019 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff against Defendants as follows:

1. Plaintiff is entitled to an injunction whereby Defendants shall remove the following barriers and ensure that the items are in compliance with the accessibility requirements of the Americans with Disabilities Act and the California Code of Regulations, Title 24, as follows:
    a. The entrance door with its approaches be made wheelchair-accessible;
    b. A properly configured designated accessible parking space;
    c. A properly identified and accessible route of travel from the designated parking space to the business entrance;
    d. The aisles be made wheelchair-accessible;
    e. The service counter be made wheelchair-accessible; and
    f. The condiments area be made wheelchair-accessible.

2. Plaintiff is awarded $12,000 in statutory damages under the Unruh Act.

3. Plaintiff's counsel is awarded $3,955.00 for attorney fees and $935.75 for costs.

Dated at Oakland, California, this 27th day of June, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.